IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Kumnick and Karen Kumnick | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 11-2711 |
| | ) | |
| | ) | |
| | ) | |
| Financial Collection Agency of TN, | ) | |
| Inc. | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## DEFAULT JUDGMENT

Upon the Motion and Affidavit of the plaintiff Robert and Karen Kumnick, filed on November 7, 2011, and pursuant to FRCvP 55(b),

DEFAULT JUDGMENT is entered in favor of the plaintiff, Robert and Karen Kumnick, and against the Financial Collection Agency of TN, Inc.

The total amount of the sum-certain judgment sought herein the amount of four thousand one hundred fifty-six dollars and fifty cents (4,156.50), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A), two thousand seven hundred thirty-one dollars and fifty cents ($2,731.50) in attorney fees and four hundred twenty-five dollars ($425.00) for court costs

Entered this 7th day of November, 2011.


                              THOMAS M. GOULD, CLERK

                              BY: s/Julia Davis
                                  Deputy Clerk